UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT VICTOR HONORA CUNNINGHAM,<br><br>Plaintiff<br><br>v.<br><br>WASHOE COUNTY SHERIFF OFFICE, *et al.*,<br><br>Defendants | Case No. 3:23-CV-00658-ART-CSD<br><br>ORDER (ECF No.9) |

On August 15, 2024, the Court issued a screening order and granted Plaintiff until September 14, 2024, to file an amended complaint or the case would be dismissed without prejudice. (ECF No. 6). On August 26, 2024, Plaintiff submitted a motion for an extension of time to file an amended complaint. (ECF No. 9).

Good cause being found, the Court grants the motion for an extension of time. Plaintiff will file the amended complaint on or before November 1, 2024. If Plaintiff chooses not to file an amended complaint, this case will be dismissed without prejudice. (ECF No. 6).

DATED THIS 11th day of September 2024.

_____
UNITED STATES MAGISTRATE JUDGE